```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 08015
    PATRICIA A SMITH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-9556

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/02/2007 and was confirmed 09/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    SECURED NOT I  241348.82            .00            .00
AMC MORTGAGE SERVICES    SECURED NOT I   23955.72            .00            .00
IRA T NEVEL              NOTICE ONLY    NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF  SECURED           573.00            .00         573.00
LITTON LOAN SERVICING    CURRENT MORTG   22458.00            .00       22458.00
LITTON LOAN SERVICING    MORTGAGE ARRE   16244.24            .00         701.87
PIERCE & ASSOC           NOTICE ONLY    NOT FILED            .00            .00
RENT A CENTER            SECURED NOT I        .00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         2227.90            .00            .00
D PATRICK MULLARKEY      NOTICE ONLY    NOT FILED            .00            .00
DISTRICT COUNSEL         NOTICE ONLY    NOT FILED            .00            .00
US ATTORNEYS OFFICE      NOTICE ONLY    NOT FILED            .00            .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED            .00            .00
CHARTER ONE BANK         UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING  UNSECURED        1312.50            .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON      UNSECURED      NOT FILED            .00            .00
COOK COUNTY TREASURER    UNSECURED      NOT FILED            .00            .00
COOK COUNTY TREASURER    SECURED          852.41             .00         820.00
PORTFOLIO RECOVERY ASSOC UNSECURED        659.23             .00            .00
DIRECTV                  UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED        1280.14            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        5222.98            .00            .00
T-MOBILE USA             UNSECURED         627.69            .00            .00
PREMIER BANCARD CHARTER  UNSECURED         190.00            .00            .00
INTERNAL REVENUE SERVICE UNSECURED        2341.56            .00            .00
COMMONWEALTH EDISON      UNSECURED        1328.28            .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        2909.66            .00            .00
FREEDOM CARD GOLD MASTER FILED LATE        299.28            .00            .00
LITTON LOAN SERVICING    MORTGAGE NOTI  NOT FILED            .00            .00
TIMOTHY K LIOU           DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                        1,897.13

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 08015 PATRICIA A SMITH
```

```
DEBTOR REFUND           REFUND                                      1,500.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     27,950.00

PRIORITY                                              .00
SECURED                                         24,552.87
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,897.13
DEBTOR REFUND                                    1,500.00
                           ---------------    ---------------
TOTALS                      27,950.00           27,950.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/24/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 08015 PATRICIA A SMITH